FILED
98 NOV 19 AM 9:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH WILLIAMS, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 98-PT-1889-S |
| ) | |
| ESTATE OF ROBERT and ESSIE HICKS; ) | |
| ELSIE HICKS HILL; CHARLES EDWARD ) | |
| HICKS; and ADDIE HICKS WILLIAMS, ) | |
| ) | |
| Defendants. ) | |

ENTERED
NOV 19 1998

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 22, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief can be granted. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 19th day of Nov., 1998.

ROBERT B. PROPST
UNITED STATES DISTRICT JUDGE